Keith Thomas
CDC T-67081
Corcoran State Prison
S.H.U 4-A 4-R Cell-19
P.O. Box 3476
Corcoran, CA. 93212

U.S. District Court
District of Columbia (Washington, DC)
Civil Docket For Case

Keith Thomas
           Plaintiff
V.
George W. Bush, et al
~~Present~~ Defendant

Case No: 1:05-CV-01017-UNA
Motions Request Court to Accept the Application of forma pauperis

Plaintiff is a prisoner within the California prison systems. Plaintiff file a complaint under, The Constitution of the United States of America, Article II Section 8 and Section 2. [1], 1st amendment, 6 amendment and the 14th amendment. Plaintiff Request extension of time to file a forma pauperis, However, the Court denied it and to sanction Corcoran State Prison of trust office for obstructing the process of the Plaintiff forma pauperis. Therefore the Plaintiff suffer such oppression by the Judicial and Administration, Department of the California of Correction.

The Plaintiff has received nothing by the Court concerning informing Plaintiff of a Court deadline to file forma pauperis, which is oppressive by the judicial process. However the Plaintiff file to the Court a certify copy of trust account and an application in part of a forma pauperis to the Court Requesting the Court to accept this application of ~~please~~ forma pauperis and process it pursuant to the Rules of the Federal Court.

Dated Aug 8 2005

UNITED STATES DISTRICT COURT
District of Columbia

Keith Thomas
  Plaintiff

V.

George W. Bush, et al
  Defendants,

CASE NO. 1:05-CV-01017-UNA
Proof of service.

I hereby certify that on Aug 8, 2005, I served a copy of the attached, motion Requesting court to accept the application of forma pauperis, application to proceed without prepayment of fees and affidavit, and copy of certify of trust account, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States mail at: Corcoran State Prison
P.O. Box 3476
Corcoran, CA. 93212

Address I served copies to:
 Clerk's office
 United States District court
 For the District of Columbia
 U.S. courthouse
 333 Constitution Avenue,
 N.W.
 Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct

[signature]

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769