REPORT ID: TS3030                                    REPORT DATE: 06/13/05
                                                          PAGE NO:        1

                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIF. STATE PRISON CORCORAN
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT


                  FOR THE PERIOD: OCT. 01, 2004 THRU JUN. 13, 2005


ACCOUNT NUMBER : T67081                    BED/CELL NUMBER: 4A4R0000000019L
ACCOUNT NAME   : THOMAS, KEITH PREZELL       ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                             TRUST ACCOUNT ACTIVITY


     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>



                         CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/23/2004 | H104 | DAMAGES HOLD | 304463/TV | 80.50 |
| 04/23/2004 | H111 | LIBRARY HOLD | 304463/BOK | 5.99 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 2.35 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 1.06 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 1.06 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 3.30 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 7.40 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 3.50 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 3.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 1.20 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.83 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.83 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.74 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.20 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.83 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.83 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 3.85 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 1.60 |


INMATE COPY

04/26/2004    H107    POSTAGE HOLD                304473              0.80

INMATE COPY

REPORT ID: TS3030

REPORT DATE: 06/13/05

PAGE NO:        2

CALIF. STATE PRISON CORCORAN

INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2004 THRU JUN. 13, 2005

ACCT: T67081      ACCT NAME: THOMAS, KEITH PREZELL      ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 7.21 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 1.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 05/04/2004 | H107 | POSTAGE HOLD | 304567 | 0.49 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 2.99 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 6.50 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/20/2004 | H107 | POSTAGE HOLD | 400272 | 0.37 |
| 07/22/2004 | H107 | POSTAGE HOLD | 400326 | 0.37 |
| 08/06/2004 | H107 | POSTAGE HOLD | 400526 | 0.37 |
| 08/10/2004 | H107 | POSTAGE HOLD | 400545 | 0.37 |
| 08/16/2004 | H107 | POSTAGE HOLD | 400641 | 0.37 |
| 08/17/2004 | H107 | POSTAGE HOLD | 400658 | 0.37 |
| 08/20/2004 | H107 | POSTAGE HOLD | 0733/8-18 | 0.37 |
| 08/26/2004 | H107 | POSTAGE HOLD | 400800 | 0.37 |
| 09/01/2004 | H107 | POSTAGE HOLD | 400843 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.49 |
| 09/08/2004 | H107 | POSTAGE HOLD | 400930 | 0.37 |
| 09/09/2004 | H107 | POSTAGE HOLD | 400941 | 0.37 |
| 05/04/2005 | H107 | POSTAGE HOLD | 4156/04-21 | 0.49 |

INMATE COPY

05/18/2005   H109   LEGAL POSTAGE HOLD          4371/05/16        0.83

INMATE COPY

REPORT ID: TS3030                                      REPORT DATE: 06/13/05
                                                       PAGE NO:       3

                    CALIF. STATE PRISON CORCORAN
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: OCT. 01, 2004 THRU JUN. 13, 2005

ACCT:  T67081      ACCT NAME: THOMAS, KEITH PREZELL      ACCT TYPE: I

                        CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/18/2005 | H109 | LEGAL POSTAGE HOLD | 4371/05/16 | 0.83 |
| 05/18/2005 | H109 | LEGAL POSTAGE HOLD | 4371/05/16 | 0.60 |
| 05/18/2005 | H109 | LEGAL POSTAGE HOLD | 4371/05/16 | 1.75 |
| 05/18/2005 | H109 | LEGAL POSTAGE HOLD | 4371/05/16 | 0.83 |
| 05/19/2005 | H109 | LEGAL POSTAGE HOLD | 4395/05/16 | 0.37 |
| 05/25/2005 | H118 | LEGAL COPIES HOLD | 4472/05-16 | 2.50 |
| 05/25/2005 | H118 | LEGAL COPIES HOLD | 4472/05-16 | 2.00 |
| 05/31/2005 | H109 | LEGAL POSTAGE HOLD | 4504/5-26 | 0.83 |
| 05/31/2005 | H109 | LEGAL POSTAGE HOLD | 4504/5-26 | 0.60 |
| 05/31/2005 | H109 | LEGAL POSTAGE HOLD | 4504/5-26 | 0.60 |
| 05/31/2005 | H109 | LEGAL POSTAGE HOLD | 4504/5-26 | 0.60 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 0.60 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 0.60 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 0.60 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 2.21 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-1 | 1.06 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/5-31 | 1.06 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 0.37 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 3.85 |
| 06/06/2005 | H109 | LEGAL POSTAGE HOLD | 4615/6-2 | 1.29 |
| 06/07/2005 | H114 | COPAY FEE, MED. | 4621-06/07 | 5.00 |
| 06/10/2005 | H109 | LEGAL POSTAGE HOLD | 4717/06-09 | 1.29 |

                        TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 198.59 | 0.00 |

                                        CURRENT
                                        AVAILABLE
                                        BALANCE
                                        --------------
                                        198.59-
                                        --------------
                                        --------------


THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

INMATE COPY