Keith Thomas ADT (705)
CORCORAN State Prison
S.H.U 4-A 4-R cell-19
P.O. Box 3476
CORCORAN, CA. 93212

Keith Thomas
Plaintiff

V.

George W. Bush, et al

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No: 1:05-cv-01017-UNA

Motion: To Amend Complaint
Addition to; pursuant to
Federal Rules of Civil Procedure
Rule 15(A); supplemental
complaint; Rule 15(c)

Plaintiff is a state prisoner in the California Department of Correction, and file a complaint, under the constitution of the United state of America, Article II section 8 and section 2. [1], 1st Amendment, 6th Amendment and the 14th Amendment. The District of Columbia form is defective and inadequate to meet the requirement to process complaint, under the constitution of the United state of America.

1. The court has jurisdiction under 28. U.S.C. section 1331 and 1343(A)(3). I am 2d Action 93, under

2. The District of Columbia is an appropriate venue under 28. U.S.C section 1391(b)(2), because it is where the events giving rise to this claim occurred.

Defendants

Defendant 1. President George W. Bush, of the U.S, is legally responsible the Ability, preserve protect and defend the constitution of the United states. And the opinion and the U.S. executive Department (Duties of)

Defendant 2. MR. Gonzales, the Attorney General. U.S. is legally responsible for the operations and Duties of the U.S. Department of Justice, of its Departments and offices.

1

Defendant 3. Kathleen Kahoe, U.S. Attorney's office, is legally responsible of inmates under the (SAM) Special Administrative Measure at the Alexandria detention Center.

Defendant 4. Mr. Mueller, Director of F.B.I, is legally responsible for the operations of agents in their respective offices, of all events that occur under the jurisdiction of the F.B.I

Defendant 5. Jeb Bush, Governor of Florida, is legally responsible for the executive power of the state of Florida, and see that Law is faithfully executed.

Defendant 6. John Doe, is the warden of the Alexandria detention center and is legally responsible for the operation of inmates.

Statement of facts (cause of action)

Defendent 1, President George W. Bush acted to rejected the Plaintiff to communicate expression of letters, legal assistance, correspondence, communication to Zarias Moussoui, and Jose Padilla, under the custody of the military and the U.S. Department.

A. President sent ~~service~~ sercert service to visit the Plaintiff ~~to~~ at Corcoran state prison S.H.U facility to interrogate the Plaintiff with the help of prison staff counsellor M. Vella and case manager Cumming, that result of notoriety of the Plaintiff among inmates and prison guards. These prison guard harass the Plaintiff, tampering with the Plaintiff legal mail and mail, Appeals file against prison staffs, delay trust forma pauperis, disfunction the legal ~~L~~ Law Library materials. Restricted the C.I.A to provide document to Mr. Moussoua, and Jose Padilla

NO OPINION

Defendant 2. Mr. Gonzales, Attorney General of the U.S Department of justice, Acted under the President George W. Bush to restricted Jose Padilla and Zarias Moussoui to be contact by the Plaintiff

2

for legal assistance by a law student and to receive the Plaintiff letters.

A. Mr. Gonzales, negligence to investigate the MS-13, a Mexican gang under the authority of the Mexican Mafia who authorized all Southerner Mexicans gangs called Southsider 13, to associate with Al-Qeada to assist to bomb America, and negligence to investigate the Corcoran State Prison S.H.U facilities and Pelican Bay State Prison S.H.U facility to provide an opinion for the President George W. Bush for the activities of the Mexican Mafia who control the MS-13. The Secret Service visit the Plaintiff caused MS-13, Mexican Mafia to harass the Plaintiff by popin the toilet button, hitting on the wall and talk to the Plaintiff aggressively. The prison guards instigate the Plaintiff with MS-13, Mexican Mafia and Aryan brotherhood and Nazi Lowrider, Skin head. and S.W.P

All these groups operate with each other to do violence against America and me, and the country of Mexico and Canada.

Defendant 3. Kathleen Kahoe, U.S. Attorney acted to ban the Plaintiff to assist Zarias Moussoual with legal assistance and to send letter, and in collusion with K.G.I Tracy G. at Corcoran State prison, S.H.U facility concerning the Plaintiff letters to Kathleen Kahoe, concerning writing Zarias Moussoual, and Terry Nickle, the F.B.I, NBC, CBS, channel-9, Times news report at L.A times, ABC, Fox News, at Orange County Jail, in 2004, when the F.B.I Burbank police visit Plaintiff about the bombing of the L.A Downtown federal building.

Defendant 4. Mr. Mueller, Director of F.B.I acted of supervision and operator of the F.B.I agents concerning the F.B.I banning the Plaintiff to write to Zarias Moussoual, and with held documents pertaining to Zarias Moussoual innocence Restricting the Plaintiff to provide Zarias Moussoual legal assistance. And communication ban the Plaintiff to obtain documents in favor of Mr. Moussoual innocence.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

3

1. Defendant, President George W. Bush, ban Plaintiff to provide legal assistance to Jose Padilla and Zacrias Moussaoui, and correspondence of expression of communication to received, violated the Plaintiff's Rights under the First Amendment Freedom of speech, Turner V. Safley, 482 U.S. 78 (1987); and

   A. ban the Plaintiff to obtains documents by the C.I.A F.B.I, FAA, defence department, secretary of state, National security, U.S. custom, GAOGA or AGO, Air force, Navy, Marine, Army, violated the Plaintiff Right under the Freedom of information Act; Johnson V. Avery, 393, U.S. 483, 490 (1969); 14th Amendment (pursuit of happiness)

2. Defendant Mr. Gonzales, U.S. Attorney General, Department of Justice, acted with reckless regard and deliberate indifference to the safety of the Plaintiff, that violated the Plaintiff's Rights under the 8th Amendment.

3. Defendant, Kathleen Kahoe, ban the legal assistance and correspondence of expression of communication to received violated the Plaintiff's Right under the First Amendment, Freedom of speech, Turner V. Safley, 482, U.S. 78 (1987); Johnson V. Avery, 393, U.S. 483. 490 (1969); and the 14th Amendment (pursuit of happiness)

4. Defendant, Mr. Mueller, Director of F.B.I, ban legal assistance to Zarias Moussaoui, and correspondence of expression of communication received, violated the Plaintiff's rights under the 1st Amendment, Freedom of speech, Turner V. Safley, 482. U.S. 78 (1987); Johnson V. Avery, 393, U.S. 483. 490 (1969)

   B. and Rejected the Plaintiff to obtain documents, under the Freedom of information Act; and the 14th Amendment (pursuit of happiness)

5. Defendant Jeb Bush, governor of Florida, acted unprofessional conducted by acting as the President and conducted the Secret Service to unit corcoran state prison, to operate with prison staffs and guard, violated the Plaintiff's Right under the 14th Amendment (pursuit of happiness)

6. Defendant, John Doe, warden, ban legal assistance and correspondence of expression of communication receive to Zarias Moussaoui, violated the Plaintiff's Right under the 1st Amendment, Freedom of speech

5

Defendant 5. Jeb Bush, Governor of Florida, acted by calling the president base on a letter that the Plaintiff sent to Governor Jeb Bush. The letter discuss of the president involvement in the IRAN/CONTRA and the cocaine trade through Ricky Ross of Los Angeles California. The Secret Service, visit the Plaintiff, based on that letter, at Corcoran state prison S.H.U facility.

Defendant 6. John Doe, Warden at Alexandria detention center acted under the president George W. Bush, Mr. Gonzales, Attorney General U.S. Department of Justice, and U.S. Kathleen Kahoe for supervision of Zarias Moussoui.

### Legal Claim

Plaintiff allege herein refer to statement of facts and incorporate by reference to Defendants 1 to 6.

1. Defendant, president George W. Bush, acted unfaithfully not and unwilly executed the best of his ability, preserve, protect and defend the constitution of the United States violated and constituted the Plaintiff's right under the constitution of the United State of America, Article II, section 8

   A: president George W. Bush, fail to require the opinion of the U.S. Justice department of the subject relating to the duties of their respective offices, violated the Plaintiff's right under the constitution of the United state of America, Article II Section 2 [1] 14th Amendment (pursuant of happiness)

2. Defendant, Mr. Gonzales the Attorney General, U.S Justice of the Department, acted to ban legal assistance to Josa Padilla and Zarias, Moussoua and correspondes expression of communication to received, and obtain documents by the C.I.A F.B.I, NAVY, MARINE, ARMY, NAVY SEAL, secretary of state, defense department, violated the Plaintiff's rights under the First Amendment, Freedom of speech, Turner v. Safley, 482 U.S. 78 (1987) and the Freedom of Information Act, Johnson v. Avery, 393 U.S. 483, 490 (1969); 14th Amendment (pursuit of happiness)

4

Turner v. Safley, 482. U.S. 78 (1987); Johnson v. Avery 393, U.S. 483, 490 (1969); and the 14th amendment (pursuit of happiness).

### Prayer for Relief

Wherefore, plaintiff respectfully prays that this Court enter judgment granting plaintiff

1. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States;

2. A jury trial on all issues triable by jury

3. Order the ~~president George~~ defendant president George W. Bush to allow the plaintiff to give Jose Padilla and Zarias Moussoual to provide legal assistance to them and write them; and provide opinion on U.S. Justice Department; and order the defendant president George W. Bush to comply with the Freedom of Information acts.

4. Order Mr. Gonzales, U.S. Attorney General of the U.S ~~Attorney~~ defendant Justice of department, to investigate on Mexican Mafia, MS-13, Aryan brotherhood, Nazi Lowrider, Skin head, within Pelican Bay state prison, and Corcoran state prison facility S.H.U. in California for their association with Al-Qaed bombing the U.S; and order him to comply to the Freedom of Information Act.

5. Order ~~Kat~~ defendant Kathleen Kahoe, to allow the plaintiff to provide legal assistance and write to Zarias Moussoual;

6. Order defendant Mr. Mueller, Director of F.B.I to allow the plaintiff to write and provide legal assistance to Zarias Moussoual; And comply to the Freedom of Information Act

7. Order John Doe ~~by~~ warden of Alexandria detention center to allow the plaintiff to provide legal assistance and write Zarias Moussoual;

8. ~~Stop th~~ Injunction to stop the execution of Jose Padilla and Zarias Moussoual;

9. Any additional relief this court deems just, proper, and equitable.

Dated: Aug 8, 2005

8

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Dated: Aug 8, 2005

*[signature]*

7