Keith Thomas,
CDC T-67081
Corcoran State Prison
S.H.U 4-A 2-R cell-21
P.O. Box 3476
Corcoran, CA. 93212

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

Case No. 1:05-cv-01017-UNA
Notice of Appeal

V

George W. Bush, et al.
    Defendant,

The Plaintiff make this Appeal of the judgment by the District Court judge of the entry of judgment, 10-31-2005. The Plaintiff assume the invocation of this court of original jurisdiction under Article III of of the Constitution of the United States see 28- U.S.C § 1251 and U.S. const. Amdt. II. Rule U.S. Supreme Court Rule 20 1,

Dated: Dec 21, 2005

RECEIVED
DEC 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT