# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5438**    September Term, 2005

05cv01017

In re: Keith Thomas,
     Petitioner

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 2 7 2006

**CLERK**

### ORDER

Upon consideration of the petition for a writ of mandamus, the district court's dismissal order filed November 3, 2005, in No. 05cv01017, and petitioner's notice of appeal therefrom, which has been docketed in this court as appeal No. 06-5015, <u>Thomas v. Bush</u>, it is

**ORDERED** that the petition for writ of mandamus be dismissed as moot.

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Mark Butler
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk