# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

## No. 06-5015

## September Term, 2006

05cv01017

**Filed On: February 16, 2007**

[1023506]
Keith Thomas,
          Appellant

v.

George W. Bush, President, et al.,
          Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 4, 11, 07

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**BEFORE:**    Ginsburg, Chief Judge, and Sentelle and Rogers, Circuit Judges

## O R D E R

Upon consideration of the court's order, filed November 30, 2006, revoking appellant's in forma pauperis status and directing him to pay this court's full $255 docketing and filing fee, the response thereto (styled as an affidavit), and the failure to pre-pay the docketing and filing fee, it is

**ORDERED**, on the court's own motion, that the appeal be dismissed. The court's November 30th order stated, among other things, that failure to pay the full $255 docketing and filing fee within 30 days of the date of that order would result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A true copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk